## No. 851.

### Ross Wilkinson vs. Horace Boughton et als.

A garnishee who has been condemned by a judgment to pay a sum of money, and who does pay it, notwithstanding a devolutive appeal taken therefrom by the debtor whose funds have been garnisheed, must pay again if the judgment is reversed on the appeal.

Appeal from the District Court for Caddo. Boarman, J.

*Land & Taylor* for Plaintiff Appellant. *Duncan & Moncure* for Defendants.

Egan, J., delivered the opinion affirming the judgment, and Marr, J., on the rehearing adhering to the first decree.

## No. 920.

### The State ex rel. B. Gerson vs. The Parish Judge of Ouachita.

An appeal will not lie from an order appointing experts to examine the commercial books, papers, etc., of a party to the suit, which had been ordered to be produced, such order being interlocutory and not working an irreparable injury.

For *Mandamus.*

*Richardson & McEnery* for Relator. *Garrett*, Parish Judge, *pp.*

Spencer delivered the opinion refusing the writ.